No. 13, Original. TEXAS *v.* NEW JERSEY ET AL. On a motion for leave to file a bill of complaint. The defendants are directed to file, on or before June 1st, a response, or responses, to the prayers for temporary injunctions contained in Paragraphs 3 and 4 of the motion for leave to file the bill of complaint. *Will Wilson,* Attorney General of Texas, and *Henry G. Braswell,* Assistant Attorney General, for the State of Texas, plaintiff.

No. 602, Misc. CHAAPEL *v.* COCHRAN, CORRECTIONS DIRECTOR. This motion for leave to file an application for a writ of habeas corpus is hereby transferred "for hearing and determination" to the United States District Court for the Southern District of Florida. 28 U. S. C. § 2241 (b); Rule 31 (5), Revised Rules of the Supreme Court of the United States (1954); *Ex parte Abernathy,* 320 U. S. 219. MR. JUSTICE WHITE took no part in the consideration or disposition of this motion.

No. 1119, Misc. EX PARTE SCHLETTE. Motion for leave to file petition for writ of habeas corpus denied.

No. 1040, Misc. GEORGE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. Motion for leave to file petition for writ of mandamus denied.